

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00001-CV

JOHN DAVID OSBORNE JR.

v.

THE CITY OF HARLINGEN, AS THE OWNER AND OPERATOR OF
VALLEY INTERNATIONAL AIRPORT

On Appeal from the
103rd District Court of Cameron County, Texas
Trial Court Cause No. 2022-DCL-00832-D

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

July 25, 2024